1  HUNTER PYLE (SBN 191125)
   HUNTER PYLE LAW
2  505 14th Street, Suite 600
   Oakland, California 94612
3  Telephone: (510) 444-4400
   Facsimile: (510) 444-4410
4  *hunter@hunterpylelaw.com*

5  BENJAMIN RUDOLPH DELSON (SBN 337882)
   LAW OFFICE OF RUDOLPH DELSON
6  2001 H Street
   Sacramento, CA 95811
7  Telephone: (916) 970-7100
   *rd@rudolphdelson.com*

8
9  Attorneys for Plaintiff and the Putative Class

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CALVIN W. McGEE III, on behalf of himself and all others similarly situated;<br><br>    Plaintiff,<br><br>vs.<br><br><br>AMAZON.COM SERVICES LLC, and DOES 1 through 10, inclusive,<br><br><br>    Defendants. | Case No. 2:25-cv-01839-TLN-JDP<br><br>**STIPULATION AND ORDER** |

Plaintiff Calvin W. McGee III ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon") (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff has filed a motion to remand this case, and has noticed a hearing date of October 16, 2025; and

WHEREAS, Amazon has filed a motion to dismiss and/or stay this case, and has noticed a hearing date of October 16, 2025 (together with Plaintiff's motion to remand, "the Motions")); and

WHEREAS, counsel for Plaintiff and Amazon (together "the Parties") have met and conferred about a briefing schedule;

THEREFORE, it is hereby stipulated and agreed that:

(1) The Parties shall serve and file any oppositions to the Motions on or before September 17, 2025; and

(2) The Parties shall serve and file any replies in further support of the Motions on or before October 1, 2025; and

(3) The Parties jointly respectfully request that the Court so-order this stipulation.

**IT IS SO STIPULATED.**

Dated: August 5, 2025

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY
KATIE M. MAGALLANES
ANDREW KASABIAN

*/s/ Megan Cooney [as authorized on 8/4/2025]*
Megan Cooney

Attorney for Defendant
AMAZON. COM SERVICES LLC

Dated: August 5, 2025

LAW OFFICE OF RUDOLPH DELSON

By: */s/ Benjamin Rudolph Delson*
Benjamin Rudolph Delson

Attorney for Plaintiff CALVIN W. MCGEE III

**SO ORDERED.**

Dated: August 5, 2025

Troy L. Nunley
Chief United States District Judge