GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
   mcooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
   kmagallanes@gibsondunn.com
ANDREW M. KASABIAN, SBN 313210
   akasabian@gibsondunn.com
3161 Michelson Drive
Suite 1200
Irvine, California 92612-4412
Telephone:   949.451.3800
Facsimile:   949.451.4220

Attorneys for Defendant
AMAZON.COM SERVICES LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALVIN W. McGEE III, SOFIA NOVA and THEADORA HARE on behalf of themselves and all others similarly situated;<br><br>          Plaintiffs,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC, and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 2:25-cv-01839-TLN-JDP<br><br>**STIPULATION & ORDER REGARDING PLAINTIFF'S MOTION TO REMAND (ECF 9)**<br><br>Date Action Filed: May 23, 2025 |

Plaintiffs Calvin W. McGee III, Sofia Nova, and Theodora Hare ("Plaintiffs") and Defendant Amazon.com Services LLC ("Amazon"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on June 30, 2025, Amazon timely filed a Notice of Removal in this Court, removing this action from the California Superior Court for Sacramento County (ECF 1);

WHEREAS, on July 30, 2025, Plaintiff Calvin W. McGee III filed a Motion to Remand this action to state court and noticed a hearing date of October 16, 2025 (ECF 9);

WHEREAS, on August 4, 2025, Amazon filed a Motion to Dismiss or Stay the complaint, including because of the overlapping allegations in this case and *Trevino v. Golden State FC LLC*, Lead Case No. 1:18-cv-00120-KES-BAM (E.D. Cal.) (ECF 10);

WHEREAS, Amazon's deadline to respond to the motion to remand is September 17, 2025 (ECF 12);

WHEREAS, on August 25, 2025, Plaintiffs filed a first amended complaint (ECF 13);

WHEREAS, the parties have conferred regarding Plaintiffs' motion to Remand and Amazon's anticipated renewed motion to dismiss or stay the amended complaint, and agreed to remand this action to the California Superior Court for Sacramento County on the condition that this action shall be stayed in state court until mediation has been completed in *Trevino*, which is anticipated to occur in the first half of 2026;

WHEREAS, the parties waive no rights or defenses, and Amazon does not waive its arguments that federal subject matter jurisdiction is appropriate for this action.

THEREFORE, it is hereby stipulated and agreed that Plaintiffs' pending motion to remand shall be rendered moot, and this action shall be remanded to the California Superior Court for Sacramento County where the parties will promptly file a stipulation to stay the case in its entirety pending the completion of mediation in *Trevino*.

**IT IS SO STIPULATED.**

Dated: September 16, 2025

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY
KATIE M. MAGALLANES
ANDREW KASABIAN

*/s/ Megan Cooney*
Megan Cooney

Attorney for Defendant
AMAZON.COM SERVICES LLC

Dated: September 16, 2025

HUNTER PYLE LAW
HUNTER PYLE

LAW OFFICE OF RUDOLPH DELSON
BENJAMIN RUDOLPH DELSON

*/s/ Benjamin Rudolph Delson* (as authorized on September 15, 2025)
Benjamin Rudolph Delson

Attorney for Plaintiffs CALVIN W. MCGEE III, SOFIA NOVA and THEADORA HARE on behalf of themselves and all others similarly situated

**SO ORDERED:**

DATED: September 16, 2025

_____
Troy L. Nunley
Chief United States District Judge